```
 1  Eric D. Houser (SBN 130079)
    Jill S. David (SBN 271089)
 2  HOUSER & ALLISON, APC
    3780 Kilroy Airport Way, Suite 130
 3  Long Beach, CA 90806
    Tel.   (949) 679-1111
 4  Fax:   (949) 679-1112
    E-mail: jdavid@houser-law.com
 5  Attorneys for Defendants U.S. Bank National Association, as Trustee for Morgan Stanley
    Mortgage Loan Trust 2007-11AR, Mortgage Pass-Through Certificates, Series 2007-11AR and
 6  Mortgage Electronic Registration Systems, Inc.
 7
                        UNITED STATES DISTRICT COURT
 8
                       NORTHERN DISTRICT OF CALIFORNIA
 9
10  ANGELITO V. NOGALIZA AND ANGELA )  Case No.: 3:12 –CV-01383 SC
    F. NOGALIZA,                    )
11                                  )  STIPULATION AND ORDER REGARDING
             Plaintiffs             )  SETTLEMENT AND REQUEST FOR
12                                  )  CONTINUANCE OF CASE
        vs.                         )  MANAGEMENT CONFERENCE
13                                  )
    U.S. BANK, N.A., AS SUCCESSOR   )  Hon. Samuel Conti
14  TRUSTEE TO BANK OF AMERICA BY   )
    MERGER TO LASALLE BANK, N.A., AS)  Date: September 21, 2012
15  TRUSTEE FOR MORGAN              )  Time: 10:00am
    STANLEYMORTGAGE LOAN TRUST      )  Courtroom 1, 17th floor
16  2007-11AR; REGIONAL TRUSTEE     )
    SERVICES CORPORATION; AND       )
17  MORTGAGE ELECTRONIC             )
    REGISTRATION SYSTEMS, INC.,     )
18                                  )
                                    )
19           Defendants             )
20
          TO THIS HONORABLE COURT:
21
          The parties have agreed upon a settlement of the entire action in principle. On August
22
    31, 2012, this Court granted a request by the parties to permit them time to formalize the
23
    agreement in writing. The parties have reduced the terms of the settlement agreement to written
24
    form but need additional time because the Plaintiffs went on vacation before they could execute
25
26
    STIPULATION AND ORDER REGARDING SETTLEMENT OF ACTION – 3:12 –CV-01383
                                 SC - 1
```

1  the final version of the agreement.  The parties respectfully request a 30 day continuance of the
2  Case Management Conference to permit them time to finalize their formal settlement agreement.
3        The parties will file a stipulation and Order of discontinuance within the next 30 days.  If
4  the case is not settled by that time, the parties will appear on November 16, 2012 at 10:00 am for
5  a case management conference and trial setting conference.

7  DATED: September 20, 2012      _____#226443 for MYesk_____
8                                  Michael Yesk
                                Attorney for Plaintiffs
9                                  4 Fairway Pl.
                                Pleasant Hill, CA 94523
10                                 510-909-9700

12 DATED:  September 20, 2012     _____
13                                 Jill S. David
                                Attorney for Defendants

15
16 The Case Management Conference and trial setting conference are scheduled for November 16, 2012 at 10:00 a.m. in this Courtroom.

18 DATED: September 20, 2012      _____
                                United States District C___

*IT IS SO ORDERED*
*Judge Samuel Conti*

STIPULATION AND ORDER REGARDING SETTLEMENT OF ACTION – 3:12 –CV-01383

SC - 2

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss
COUNTY OF LOS ANGELES         )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3780 Kilroy Airport Way, Suite 130, Long Beach, California 90806.

On <u>September 20, 2012</u>, I served the following document(s):

**STIPULATION AND ORDER REGARDING SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

On the following interested parties in this action described as follows:

Michael Yesk, Esq.
4 Fairway Place
Pleasant Hill, CA  94523
Ph:  510-909-9700
Email: yesklaw@gmail.com
*Attorney for Plaintiffs*

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on <u>September 20, 2012</u>, in Long Beach, California.

                                            /s/  Richard Mendizábal
                                            Richard Mendizábal