Eric D. Houser (SBN 130079)
Jill S. David (SBN 271089)
HOUSER & ALLISON, APC
3780 Kilroy Airport Way, Suite 130
Long Beach, CA  90806
Tel.    (949) 679-1111
Fax:   (949) 679-1112
E-mail: jdavid@houser-law.com
Attorneys for Defendants U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR, Mortgage Pass-Through Certificates, Series 2007-11AR and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITO V. NOGALIZA AND ANGELA F. NOGALIZA,<br><br>Plaintiffs<br><br>vs.<br><br>U.S. BANK, N.A., AS SUCCESSOR TRUSTEE TO BANK OF AMERICA BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR MORGAN STANLEYMORTGAGE LOAN TRUST 2007-11AR; REGIONAL TRUSTEE SERVICES CORPORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants | Case No.: 3:12 –CV-01383 SC<br><br>STIPULATION AND ORDER REGARDING SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Hon. Samuel Conti<br><br>Date: September 21, 2012<br>Time: 10:00am<br>Courtroom 1, 17th floor |

TO THIS HONORABLE COURT:

The parties have agreed upon a settlement of the entire action in principle. On August 31, 2012, this Court granted a request by the parties to permit them time to formalize the agreement in writing. The parties have reduced the terms of the settlement agreement to written form but need additional time because the Plaintiffs went on vacation before they could execute

STIPULATION AND ORDER REGARDING SETTLEMENT OF ACTION – 3:12 –CV-01383

SC - 1

1 the final version of the agreement.  The parties respectfully request a 30 day continuance of the
2 Case Management Conference to permit them time to finalize their formal settlement agreement.
3   The parties will file a stipulation and Order of discontinuance within the next 30 days.  If
4 the case is not settled by that time, the parties will appear on November 16, 2012 at 10:00 am for
5 a case management conference and trial setting conference.

7 DATED: September 20, 2012   _____
8             Michael Yesk
            Attorney for Plaintiffs
9             4 Fairway Pl.
            Pleasant Hill, CA 94523
10            510-909-9700

12 DATED:  September 20, 2012   _____
13             Jill S. David
            Attorney for Defendants

15
16 The Case Management Conference and trial setting conference are scheduled for November 16, 2012  at 10:00 a.m. in this Courtroom.

18 DATED: September 20, 2012   _____
            United States District Court

*IT IS SO ORDERED*
Judge Samuel Conti

STIPULATION AND ORDER REGARDING SETTLEMENT OF ACTION – 3:12 –CV-01383

SC - 2

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                              ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3780 Kilroy Airport Way, Suite 130, Long Beach, California 90806.

On <u>September 20, 2012</u>, I served the following document(s):

**STIPULATION AND ORDER REGARDING SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

On the following interested parties in this action described as follows:

Michael Yesk, Esq.
4 Fairway Place
Pleasant Hill, CA  94523
Ph:  510-909-9700
Email: yesklaw@gmail.com
*Attorney for Plaintiffs*

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on <u>September 20, 2012</u>, in Long Beach, California.

/s/  Richard Mendizábal
Richard Mendizábal