Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
510-909-9700
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITO V. NOGALIZA AND ANGELA F. NOGALIZA,<br><br>Plaintiffs<br><br>vs.<br><br>U.S. BANK, N.A., AS SUCCESSOR TRUSTEE TO BANK OF AMERICA BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR MORGAN STANLEYMORTGAGE LOAN TRUST 2007-11AR; REGIONAL TRUSTEE SERVICES CORPORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants | Case No.: 3:12 –CV-01383 SC<br><br>STIPULATION DISMISSING COMPLAINT<br><br>Hon. Samuel Conti |

TO THIS HONORABLE COURT:

The parties have agreed upon a settlement of the entire action. The parties request that the case be dismissed with prejudice, each side to bear its own costs and fees.

DATED: November 7, 2012         /s/ Michael Yesk
                                Michael Yesk
                                Attorney for Plaintiffs

DATED: November 7, 2012         /s/ Jill David
                                Jill David
                                Attorney for Defendants

STIPULATION DISMISSING CASE AFTER SETTLEMENT – 3:12 –CV-01383 SC - 1

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3780 Kilroy Airport Way, Suite 130, Long Beach, California 90806.

On <u>November 7, 2012</u>, I served the following document(s):

**STIPULATION DISMISSING COMPLAINT**

On the following interested parties in this action described as follows:

Michael Yesk, Esq.
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523 Ph: 510-909-9700
Email: yesklaw@gmail.com
*Attorney for Plaintiffs*

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on <u>November 7, 2012</u>, in Long Beach, California.

/s/ Richard Mendizábal
Richard Mendizábal

---

Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
510-909-9700
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITO V. NOGALIZA AND ANGELA F. NOGALIZA,<br><br>Plaintiffs<br><br>vs.<br><br>U.S. BANK, N.A., AS SUCCESSOR TRUSTEE TO BANK OF AMERICA BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR MORGAN STANLEYMORTGAGE LOAN TRUST 2007-11AR; REGIONAL TRUSTEE SERVICES CORPORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants | Case No.: 3:12 –CV-01383 SC<br><br>[PROPOSED] ORDER<br><br>Hon. Samuel Conti |

The parties having entered into a settlement of the entire action:

IT IS HEREBY ORDERED THAT the case is hereby dismissed with prejudice, each side to bear its own costs and fees.

DATED: November _8_, 2012

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

STIPULATION DISMISSING CASE AFTER SETTLEMENT – 3:12 –CV-01383 SC - 1

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3780 Kilroy Airport Way, Suite 130, Long Beach, California 90806.

On November 7, 2012, I served the following document(s):

**[PROPOSED] ORDER**

On the following interested parties in this action described as follows:

Michael Yesk, Esq.
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523 Ph: 510-909-9700
Email: yesklaw@gmail.com
*Attorney for Plaintiffs*

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 7, 2012, in Long Beach, California.


                                    /s/ Richard Mendizábal
                                    Richard Mendizábal